1   Peter M. Haas <phaas@cftc.gov>
2   Richard P. Foelber <rfoelber@cftc.gov>
3   *Pro Hac Vice*
4   U.S. Commodity Futures Trading Commission
5   1155 21st Street N.W.
6   Washington, D.C. 20581
7   (202) 418-5320 (work); (202) 418-5523 (facsimile)
8
9   Kent A. Kawakami  <Kent.Kawakami@usdoj.gov>
10   California Bar # 149803
11   Assistant United States Attorney
12   U.S. Attorney's Office
13   300 N. Los Angeles St., #7516
14   Los Angeles, CA 90012
15   (t) (213) 894-4858; (f) (213) 894-2380
16   Local Counsel
17   Attorneys for Plaintiff U.S. Commodity
18    Futures Trading Commission
19
20                **UNITED STATES DISTRICT COURT**
21        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
22                    **SOUTHERN DIVISION**
23
24   _____
25                                    )
26   **U.S. COMMODITY FUTURES**    )
27   **TRADING COMMISSION**        )
28                                    )    **CIVIL ACTION NO.**
29              **Plaintiff,**        )    **SACV 07-1437 CJC (RNBx)**
30                                    )
31   **v.**                           )
32                                    )
33   **FOREX LIQUIDITY LLC,**       )
34                                    )
35              **Defendant**         )
36   _____)
37
38           **CONSENT ORDER OF PRELIMINARY INJUNCTION**

1  Plaintiff U. S. Commodity Futures Trading Commission ("CFTC") and

2  Robb Evans & Associates, LLC ("Receiver"), as the Receiver for defendant Forex

3  Liquidity LLC ("FXLQ") have stipulated and consented to the entry of this

4  Consent Order of Preliminary Injunction and Ancillary Equitable Relief ("Consent

5  Preliminary Injunction Order").  Attorneys for Robert Gray ("Gray"), the principal

6  shareholder and president of FXLQ[1], have authorized the Receiver to represent to

7  the Court that they have reviewed the form and contents of this Consent

8  Preliminary Injunction Order, and they have no objection to the entry of this

9  Consent Preliminary Injunction Order.  Based on this representation and in

10  accordance with the provisions of the Statutory Restraining Order entered by this

11  Court on December 14, 2007 ("SRO"), the Receiver is executing this Consent

12  Preliminary Injunction Order as the court-appointed Receiver for FXLQ.

13  Plaintiff, the United States Commodity Futures Trading Commission

14  ("Commission") and Defendant Forex Liquidity LLC ("FXLQ") have consented to

15  the entry of this Order for Preliminary Injunction with Asset Freeze ("Order")

16  without an adjudication of the merits on any issue of fact or law, without waiving

17  any privilege under the Fifth Amendment to the United States Constitution, and

---

[1]  Gray is represented by John Cotton, Esq. of Cotton & Gundzik LLP and
Christine A. Scheuneman, Esq. of the firm Pillsbury Winthrop Shaw Pittman LLP.

Consent Order of Preliminary Injunction
Case No. SACV 07-1437 CJC (RNBx)

1   without admitting or denying the allegations of the Complaint filed in this action

2   except as to venue and the Court's personal jurisdiction over Defendant, which

3   venue and personal jurisdiction Defendant admits.  The Court having considered

4   all pleadings, memoranda, declarations, and other exhibits filed with the Court, and

5   now being fully advised in the premises, finds:

6        1.        This Court has jurisdiction over the subject matter of this case

7   pursuant to Section 6c of the Commodity Exchange Act, as amended ("Act"),

8   7 U.S.C. § 13a-1 (2002) and it also has jurisdiction over Defendant FXLQ.

9        2.        Based on the law and evidence submitted with the Commission's

10  Motion for *Ex Parte* Statutory Restraining Order, there is good cause to believe

11  that Defendant FXLQ has failed and will continue to fail to meet the minimum

12  adjusted net capital requirements for a futures commission merchants ("FCM")

13  registered with the Commission and a member of the National Futures Association

14  ("NFA") in violation of Section 4f(b) of the Act, 7 U.S.C. § 6f(b) (2002) and

15  Commission Regulations 1.17(a)(1)(C) and 1.17(a)(4), 17 C.F.R. §§ 1.17(a)(1)(C)

16  and 1.17(a)(4) (2006).  There is also good cause to believe that Defendant FXLQ

17  has failed to maintain records that currently reflect its assets, liabilities and capital

18  in violation of Section 4f(a)(1) of the Act, 7 U.S.C. § 6f(a)(1) (2002), and

19  Commission Regulation 1.18, 17 C.F.R. § 1.18 (2006).

Consent Order of Preliminary Injunction
Case No. SACV 07-1437 CJC (RNBx)

1    3.    This is a proper case for granting a preliminary injunction to preserve

2    the status quo, protect public customers from further loss and damage, remove the

3    danger of violation of the Act, and enable the Commission to fulfill its statutory

4    duties.  There is no just reason for delay in entering this Order.

5    4.    With the entry of this Consent Preliminary Injunction Order, the need

6    for a Show Cause Hearing, which was scheduled for January 28, 2008, is obviated,

7    and accordingly that hearing is canceled.

8                            **DEFINITIONS**

9    For the purposes of this Order, the following definitions apply:

10

11    1.    "Assets" means any legal or equitable interest in, right to, or claim to,

12    any real or personal property, including but not limited to chattels, goods,

13    instruments, equipment, fixtures, general intangibles, effects, leaseholds, mail or

14    other deliveries, inventory, checks, notes, accounts, credits, receivables, contracts,

15    insurance policies, and all cash, wherever located, whether in the United States or

16    abroad.

17    2.    The term "document" is synonymous in meaning and equal in scope to

18    the usage of the term in Federal Rule of Civil Procedure 34(a), and includes, but is

19    not limited to, writings, drawings, graphs, charts, photographs, audio and video

20    recordings, computer records, and other data compilations from which information

4

Consent Order of Preliminary Injunction
Case No. SACV 07-1437 CJC (RNBx)

1  can be obtained and translated, if necessary, through detection devices into

2  reasonably usable form.  A draft or non-identical copy is a separate document

3  within the meaning of the term.

4       3.     "Defendant" means Defendant FXLQ and all persons who are acting

5  in the capacity of agents, servants, employees, successors, assigns, or attorneys of

6  said Defendant.

7                                   **I.**

8                          **RELIEF GRANTED**

9                          *Prohibited Conduct*

10      **IT IS HEREBY ORDERED** that Defendant FXLQ is preliminarily

11  restrained and enjoined from violating Section 4f(b) of the Act, 7 U.S.C. § 6f(b)

12  (2002), and Commission Regulations 1.17(a)(1)(C) and 1.17(a)(4), 17 C.F.R.

13  §§ 1.17(a)(1)(C) and 1.17(a)(4) (2006), by operating as a FCM while failing to

14  satisfy the minimum adjusted net capital requirements for a FCM registered with

15  the Commission and a member of the NFA.

16      **IT IS FURTHER ORDERED** that Defendant FXLQ is preliminarily

17  restrained and enjoined from violating Section 4f(a)(1) of the Act, 7 U.S.C. § 6f(b)

18  (2002), and Commission Regulation 1.18, 17 C.F.R. § 1.18 (2006) by failing to

19  maintain records that currently reflect its assets, liabilities and capital.

Consent Order of Preliminary Injunction
Case No. SACV 07-1437 CJC (RNBx)

1    **IT IS FURTHER ORDERED** that Defendant FXLQ is preliminarily

2    restrained and enjoined from directly or indirectly soliciting or accepting any new

3    customers for commodity futures or commodity options trading or soliciting or

4    accepting any funds from existing customers.

5                                                       **II.**

6              ***Continued Force and Effect of Statutory Restraining Order***

7    **IT IS FURTHER ORDERED** that the Court's December 14, 2007 SRO

8    shall continue in full force and effect against Defendant FXLQ pending further

9    order of the Court.  Defendant FXLQ shall comply fully with all requirements of

10   the SRO including, but not limited to, the requirements pertaining to the: (1) asset

11   freeze, (2) directives to financial institutions and others, (3) maintenance and

12   access to business records, and (4) inspection and copying of books and records.

13   The SRO's prohibition against transfer, dissipation, and disposal of assets shall

14   continue to apply to all assets directly or indirectly under the control of Defendant

15   FXLQ.

16                                                      **III.**

17                                                  ***Receiver***

18   **IT IS FURTHER ORDERED** that the Receiver appointed under this

19   Court's SRO shall continue to serve as Receiver in this proceeding with all of the

Consent Order of Preliminary Injunction
Case No. SACV 07-1437 CJC (RNBx)

1   duties and powers set forth in the SRO.  Pursuant to the SRO, Defendant FXLQ

2   and all other persons or entities served with a copy of the SRO shall cooperate

3   fully with and assist the Receiver.

4                                              **IV.**

5                              ***Interim Report by Receiver***

6          **IT IS FURTHER ORDERED** that the Receiver shall file an interim report

7   on or before February 4, 2008.  Such interim report shall summarize information

8   obtained by the Receiver to date regarding the defendant FXLQ's assets and

9   liabilities, and shall include such additional information and recommendations as

10  the Receiver shall deem appropriate.  Any response to the Receiver's interim report

11  shall be filed on or before February 15, 2008.

12                                             **V.**

13              ***Due Date for Filing of Answer or Responsive Pleading***

14         **IT IS HEREBY FURTHER ORDERED** that the date for defendant FXLQ

15  to answer or otherwise plead to the Complaint shall be extended to March 31,

16  2008.

17                                            **VI.**

18                               ***Service of Order***

19         **IT IS FURTHER ORDERED** that copies of this Order may be served by

7

Consent Order of Preliminary Injunction
Case No. SACV 07-1437 CJC (RNBx)

1   any means, including facsimile transmission, upon any financial institution or other

2   entity or person that may have possession, custody, or control of any documents or

3   assets of Defendant FXLQ that may be subject to any provision of this Order.

4                                            **VII.**

5                    *Service of Pleadings and Filings upon the Commission*

6          IT IS FURTHER ORDERED that due to processing delays in the U.S. Mail

7   resulting from security screening of mail addressed to the U.S. Government in

8   Washington, D.C., all pleadings, correspondence, notices, filings, discovery or

9   other documents and materials associated with this case shall be served upon the

10  Commission via overnight delivery service or reliable means other than U.S. Mail.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19

8

Consent Order of Preliminary Injunction
Case No. SACV 07-1437 CJC (RNBx)

1
## VIII.

2
### *Force and Effect*

3       **IT IS FURTHER ORDERED** that this Order shall remain in full force and

4 effect until further order of this Court, and that this Court retains jurisdiction of this

5 matter for all purposes.

6

7       **SO ORDERED**, at Santa Ana, on this 25th day of January, 2008.

8

9

10

11

12 _____

13 **Cormac J. Carney**

14 **UNITED STATES DISTRICT JUDGE**

15

16

17       Counsel for Plaintiff United States Commodity Futures Trading Commission

18 and Robb Evans & Associates LLC, as the Receiver for Defendant Forex Liquidity

19 LLC, hereby attest to their consent to all the terms and conditions of this Order of

20 Preliminary by affixing their signatures below.

21

22 _____

23 Craig Welin, Esq.

24 Attorney for Receiver Robb Evans & Associates

25 As Receiver for Defendant Forex Liquidity LLC

26 Frandzel Robin Bloom & Csato, L.C.

27 6500 Wilshire Boulevard

28 Seventeenth Floor

29 Los Angeles, CA 90048

30 Telephone:  323-852-1000

31 Facsimile:   323-651-2577

9

Consent Order of Preliminary Injunction
Case No. SACV 07-1437 CJC (RNBx)

1
2
3    _____
4    Peter M. Haas <phaas@cftc.gov>
5    Richard P. Foelber <rfoelber@cftc.gov>
6    *Pro Hac Vice*
7    U.S. Commodity Futures Trading Commission
8    1155 21st Street N.W.
9    Washington, D.C. 20581
10   (202) 418-5000 (work); (202) 418-5523 (facsimile)
11
12   Kent A. Kawakami  <Kent.Kawakami@usdoj.gov>
13   California Bar # 149803
14   Assistant United States Attorney
15   U.S. Attorney's Office
16   300 N. Los Angeles St., #7516
17   Los Angeles, CA 90012
18   (t) (213) 894-4858; (f) (213) 894-2380
19   Local Counsel
20   Attorneys for Plaintiff U.S. Commodity
21    Futures Trading Commission
22
23

10

Consent Order of Preliminary Injunction
Case No. SACV 07-1437 CJC (RNBx)