1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FOREX LIQUIDITY LLC,<br><br>　　　　Defendant. | CASE NO. SACV07-1437 CJC (RNBx)<br><br>[Honorable District Court Judge Cormac J. Carney]<br><br>[~~PROPOSED~~] ORDER OF CONTEMPT AGAINST ROBERT GRAY<br><br>Date:　July 14, 2009<br>Time:　9:00 a.m.<br>Place:　Courtroom 9B |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

614272.1                                                                                              78410-040

On July 14 and 15, 2009, the application by Robb Evans & Associates LLC (the "Receiver"), as receiver for defendant Forex Liquidity, LLC ("FXLQ"), for an order that Robert Gray ("Gray") be held in contempt based on his violations of this Court's orders came on regularly for hearing. Brick Kane appeared as the Receiver's representative, and the Receiver also appeared by and through its attorneys of record, Frandzel Robins Bloom & Csato, L.C., by Thomas S. Arthur and Craig A. Welin. Gray was present and also appeared by and through his attorneys of record, The Kenner Law Firm, A.P.C., by David E. Kenner and Brett A. Greenfield. Plaintiff U. S. Commodity Futures Trading Commission appeared by and through its attorney of record, Peter M. Haas.

Having considered the evidence and arguments submitted in favor of, and in opposition to, the Receiver's application, the Court finds, by clear and convincing evidence, that Gray is in contempt of (1) the Court's December 14, 2007, Ex Parte Statutory Restraining Order, and Order to Show Cause Regarding Preliminary Injunction, and (2) the Court's January 25, 2008, Consent Order of Preliminary Injunction, both of which are hereinafter referred to as the "Receivership Orders." Based on Gray's contempt of the Receivership Orders, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Gray remit to the Receiver, for the benefit of the receivership estate, the sum of $7,127,469 on or before 9:00 a.m. on July 28, 2009.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Gray deliver to the Receiver all of the books and records of Pro Fi on or before 9:00 a.m. on July 28, 2009.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a status conference will be held on July 28, 2009, at 9:00 a.m., in Courtroom 9B to determine whether Gray has fully complied with the foregoing orders. The Court ///

may issue additional orders at that time, if necessary, to compel Gray's compliance with the foregoing orders.

Dated: July 17, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED BY:

Dated: July 17, 2009            FRANDZEL ROBINS BLOOM & CSATO, L.C.


                                By:   /s/ Thomas S. Arthur
                                      THOMAS S. ARTHUR
                                      Attorneys for ROBB EVANS &
                                      ASSOCIATES LLC