1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FOREX LIQUIDITY LLC,<br><br>Defendant. | CASE NO. SACV07-1437 CJC (RNBx)<br><br>[Honorable District Court Judge Cormac J. Carney]<br><br>[PROPOSED] JUDGMENT ON ORDER GRANTING RENEWED MOTION BY THE RECEIVER, ROBB EVANS & ASSOCIATES LLC, FOR AN ORDER REQUIRING ROBERT GRAY TO COMPENSATE THE RECEIVERSHIP ESTATE FOR LOSSES CAUSED BY HIS CIVIL CONTEMPT<br><br>Date:   October 14, 2010<br>Time:   9:00 a.m.<br>Place:  Courtroom 9B |
|---|---|

762275.1                                                                                                                78410-040

[PROPOSED] JUDGMENT ON RENEWED MOTION BY THE RECEIVER FOR AN ORDER REQUIRING ROBERT GRAY TO
COMPENSATE THE RECEIVERSHIP ESTATE FOR LOSSES CAUSED BY HIS CIVIL CONTEMPT

This cause came on regularly for hearing on October 14, 2010, in Courtoom 9B of the above-entitled court, the Honorable Cormac J. Carney, Judge, presiding. Robb Evans & Associates LLC (the "Receiver"), as receiver for defendant Forex Liquidity, LLC, appeared by its attorneys, Frandzel Robins Bloom & Csato, L.C., by Thomas S. Arthur.  Robert Gray appeared by his attorneys, Julander, Brown, Bollard & Chapman, by Dirk O. Julander.  Plaintiff U.S. Commodity Futures Trading Commission appeared by its attorney, Peter M. Haas.  Evidence, both oral and documentary, having been presented, the cause having been argued and submitted for decision, and the Court having entered its order granting the Receiver's motion that Robert Gray be required to compensate the receivership estate for losses caused by his civil contempt,

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered against Robert Gray in favor of the Receiver on behalf of the receivership estate in the sum of $2,319,487.01.

Dated:  November 19, 2010   _____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE